UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                                      CR 90-102 ML

                                                         CR 91-074 ML

BABATUNDE KAREEM AGORO

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Objection to a Report and Recommendation issued by Magistrate Judge Martin on November 16, 2011. This Court has reviewed the Report and Recommendation and Defendant's Objection. This Court agrees with Magistrate Judge Martin's factual findings and legal conclusion and finds no merit in Defendant's Objection.

Accordingly, this Court adopts the Report and Recommendation in its entirety. The Petition for Writ of Error Coram Nobis is DENIED.

SO ORDERED:

/s/ Mary M. Lisi
Mary M. Lisi
United States District Judge
December 5, 2011